**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 45 WM 2014
:
Respondent :
:
:
:
v. :
:
:
:
THOMAS MARK HARRIS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2014, the "Application for Reinstatement of Appeal Rights Nunc Pro Tunc" is **DENIED**.